UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**NOT FOR PUBLICATION**

In re:

EMMANUEL ANUE KOFIE

Civil Action No. 07-153 (KSH)
**OPINION and ORDER**

**KATHARINE S. HAYDEN, U.S.D.J.**

On March 29, 2007, Emmanuel Anue Kofie, a naturalized citizen of the United States originally from Ghana, filed a motion to correct the date of birth on his certificate of naturalization. Kofie supplied the Court with a copy of the certificate, which reflects his date of birth as February 10, 1943. He states that his actual date of birth is two years earlier, on January 1, 1941. Kofie claims he used an incorrect date of birth while he was playing professional soccer in order to clear up a discrepancy with his contract. To support his claim Kofie has submitted a notarized affidavit from David Kofie[1] attesting that Emmanuel Kofie was born on January 1, 1941. (Id. ¶ 6.)

Kofie's application to correct the date of birth on his certificate of naturalization is procedurally defective. To obtain the requested relief, he must serve this motion upon the appropriate district director of the United States Citizenship and Immigration Services. In Re Motion to Correct Certificate of Naturalization, 2006 U.S. Dist. LEXIS 73564 at *5 (citing Liu v.

---

[1] David Kofie is "the Family Head of which Emmanuel Kofie belongs." (Aff. of David Kofie ¶ 2.)

1

<u>Immigration & Naturalization Service</u>, 1998 U.S. Dist. LEXIS 18383 *3).  There is no indication that Kofie has done this:  the certificate of service Kofie submitted with his motion is blank and the Court has received no response from the government.  For good cause shown,

 **IT IS** on this    20th    day of August, 2007,

 **ORDERED** that Kofie shall serve his application to correct his certificate of naturalization on the appropriate district director of the United States Citizenship and Immigration Services within thirty (30) days of this order; and it is further

 **ORDERED** that in the event Kofie fails to file proof of service within 30 days, this case will be dismissed.

                 /s/ Katharine S. Hayden

                 KATHARINE S. HAYDEN
                 United States District Judge